# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| | ) | **ORDER RE SUBSTITUTION OF** |
| Plaintiff, | ) | **COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:11-cr-144 |
| Christopher Thomas Condon, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant made his initial appearance in the above-entitled action and was arraigned on December 16, 2011. The court, pursuant to 18 U.S.C. § 3006A, appointed attorney Jaclyn M. Stebbins to represent defendant at his initial appearance and with the understanding that the Federal Public Defender for the District of North Dakota will represent defendant in all future proceedings.

Accordingly, the court **GRANTS** Ms. Stebbins leave to withdraw and appoints the Federal Public Defender for the District of North Dakota to represent the Defendant in this matter. The Defender's office is directed to file a Notice of Appearance designating the specific Assistant Federal Public Defender who will appear as counsel of record in the case.

**IT IS SO ORDERED.**

Dated this 16th day of December, 2011.

/s/ *Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge