**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Christopher Thomas Condon, | ) | |
| | ) | Case No. 1:11-cr-144 |
| Defendant. | ) | |

On May 25, 2012, defendant filed a Motion to Modify Order of Detention.  Defendant's maternal grandmother has recently passed away.  Defendant seeks modification of the court's December 21, 2011, detention order to permit him to leave the facility in which is presently incarcerated and attend his grandmother's rosary and funeral services on May 28 and 29, 2012.

The court sympathizes with defendant on his recent loss.  However, the court is not inclined to grant the defendant the relief he seeks given his risk of flight and the danger that he poses to the community.  The defendant has an extensive criminal history and has performed poorly while on supervised release.  The circumstances have not changed so as to warrant a modification of the court's detention order.  Accordingly, the court **DENIES** the defendant's Motion to Modify Order of Detention (Docket No. 28).

**IT IS SO ORDERED.**

Dated this 25th day of May, 2012.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge